IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ZENA RALPH,[1] | § | |
| | § | No. 172, 2023 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN21-05956 |
| YASMIN BROOKS, | § | Petition No. 21-28908 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: August 11, 2023
Decided: August 23, 2023

## **<u>ORDER</u>**

It appears to the Court that, on July 10, 2023, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant because she had not filed an opening brief by the July 6, 2023 deadline set by the Court. On July 21, 2023, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for her failure to file an opening brief. The appellant received the notice, as evidenced by the return receipt filed with the Court on July 31, 2023. A timely response to the notice to show cause was due on or before August 10, 2023. To date, the appellant has not filed an opening brief or

---

[1] The parties were previously assigned pseudonyms under Supreme Court Rule 7(d).

responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/N. Christopher Griffiths*
Justice